

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00392-CV

Elisa **SAUKKO** and all other occupants,
Appellants

v.

Lois **MORGADO**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2019CV04005
Honorable John Longoria, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION.

We order that no costs be assessed against appellants Elisa Saukko and all other occupants because they are indigent.

SIGNED September 11, 2019.

_____
Beth Watkins, Justice